UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE FOSTER, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEX KOSSEFF, et al.,<br><br>　　　　　　　Defendants. | NO: 11-CV-5069-TOR<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO DESIGNATE EXPERT WITNESSES |

BEFORE THE COURT is Plaintiffs' Motion for Enlargement of Time to Designate Plaintiffs' Experts (ECF No. 18). This matter was heard without oral argument on September 21, 2012. The Court has reviewed the motion and is fully informed.

DISCUSSION

Plaintiffs' motion to extend the current deadline for designating expert witnesses was filed on August 22, 2012. The motion indicates that counsel attempted to confer regarding the requested extension, but that defense counsel was on vacation and was unable to provide a definitive response. However,

ORDER ~ 1

according to Plaintiffs, defense counsel's paralegal promised to notify them in the event that defense counsel decided to oppose the motion.  Plaintiffs indicate that they had not received any objection as of the date on which their motion was filed.

Defendant's response to the motion was due on September 5, 2012.  LR 7.1(c)(1).  As of today's date, no response has been filed.  Accordingly, the Court will treat Defendants' failure to respond as consent to the entry of an adverse order.  LR 7.1(b).  Plaintiffs' motion to extend the deadline for designating expert witnesses to September 26, 2012 is granted.  Defendants shall identify their expert witnesses by October 29, 2012.  The parties shall designate any rebuttal experts by November 16, 2012.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Enlargement of Time to Designate Plaintiffs' Experts (ECF No. 18) is **GRANTED**.  The Court's Scheduling Order (ECF No. 16) is hereby amended as follows: Plaintiffs shall provide all disclosures regarding experts to the Defendants no later than **September 26, 2012**.  Defendants shall provide all Rule 26(a)(2) disclosures to the Plaintiffs no later than **October 29, 2012**.  The parties shall identify any rebuttal experts and provide the Rule 26(a)(2) reports of those experts no later than **November 16, 2012**.  All other deadlines remain unchanged.

ORDER ~ 2

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 21st day of September, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

Case 2:11-cv-05069-TOR   Document 24   Filed 09/21/12

ORDER ~ 3