AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

STEPHANIE FOSTER, et al.,

                Plantiffs,

                v.

ALEX KOSSEFF, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5069-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment filed by Defendants Alex Kosseff and Adventure Safety International is granted. Plaintiffs' claims against Defendants Alex Kosseff and Adventure Safety International are dismissed with prejudice.

Plaintiffs' claim against Defendant Fixe Industry, which has never been served in this action, is dismissed without prejudice.

March 22, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson